## PEOPLE v. SMITH

CRIMINAL LAW — TRIAL — CONDUCT OF PROSECUTOR — INFLAMMATORY
COMMENTS — REVIEW.

Prosecutor's comments during rebuttal at defendant's trial for
assault with intent to commit rape alleged to be so inflam-
matory as to deny defendant a fair trial, *held*, not grounds
for reversal where the trial court, whose attention had been
directed to the comments, ruled that they were proper argu-
ments and review of the record and transcript convinces the
Court of Appeals that the lower court ruling was correct.

Appeal from Recorder's Court of Detroit, Vincent
J. Brennan, J. Submitted Division 3 July 1, 1969,
at Grand Rapids. (Docket No. 5,216.) Decided
July 28, 1969.

Jerry Smith was convicted of assault with intent
to commit rape. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William L. Cahalan,*
Prosecuting Attorney, *Samuel J. Torina,* Chief Ap-
pellate Lawyer, and *Arthur N. Bishop,* Assistant
Prosecuting Attorney, for the people.

*Brennan & Kurtz,* for defendant on appeal.

Before: T. M. Burns, P. J., and Fitzgerald and
R. B. Burns, JJ.

REFERENCE FOR POINTS IN HEADNOTE
53 Am Jur, Trial §§ 458, 459.

PER CURIAM. Defendant Jerry Smith was tried by a jury and convicted of assault with intent to commit rape contrary to MCLA § 750.85 (Stat Ann 1962 Rev § 28.280). On appeal he contends that certain comments of the prosecutor during rebuttal argument to the jury were so inflammatory as to deprive him of a fair trial. The appellee has filed a motion to affirm the conviction.

The comments complained of were brought to the attention of the trial court, who held that they were proper arguments. Our examination of the brief of defendant, the motion to affirm and the record convinces us that the lower court was correct and that defendant did have a fair and impartial trial. The question presented here on appeal is unsubstantial and requires no formal argument or submission.

The motion to affirm the defendant's conviction is granted.